UNITED STATES COURT OF INTERNATIONAL TRADE

UNITED STATES OF AMERICA

    Plaintiff,

v.

GOOD TIMES USA, LLC

    Defendant.

Court No.: 17-174
[and attached schedule]

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Defendant, Good Times USA, LLC, in this action and requests that all papers be served on him. The individual attorney in the undersigned firm, who is responsible for the litigation, is Barry Boren.

Date: 8/28/2017

Attorney

Law Offices of Barry Boren

9100 S. Dadeland Blvd., Ste. 402

Miami, FL 33156

305-670-2200

borenlaw@bellsouth.net