Form M-2-1

# UNITED STATES COURT OF INTERNATIONAL TRADE        FORM   M-2

| UNITED STATES, |
| Plaintiff, |
| v. |
| MAVERICK MARKETING LLC, ET AL, |
| Defendant. |

**Court Nos.:** 17-00174, 17-00232, 19-00004, 19-00019

## REPORT OF MEDIATION

That pursuant to the Order of Referral dated  January 24, 2020  in this case, I served as Judge Mediator for the mediation process between the parties in this case.  The process was concluded on  September 11, 2020 ;

✓   The mediation resulted in a settlement of all issues;

___   The mediation resulted in a partial settlement;

___   The mediation did not result in a settlement;

/s/ Leo M. Gordon
(Name)
Judge Mediator

DATED:   September 14, 2020
New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)