UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| UNITED STATES,  )<br>        )<br>    Plaintiff,    )<br>        )<br>    v.    )<br>        )<br>MAVERICK MARKETING, LLC, *ET AL*.,  )<br>        )<br>    Defendants.    )<br>        ) | Consol. Court No. 17-00174 |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated September 15, 2020, Defendant, Good Times USA, LLC, respectfully submits this Joint Status Report on behalf of the parties.

On September 24, 2020, the undersigned requested the consent of all parties to this extension. Stephen C. Tosini, counsel for the Plaintiff, consented on September 24, 2020. T. Randolph Ferguson, counsel for AAIC, consented on September 24, 2020. Jerry Wiskin, counsel for Hanover Ins. Co., consented on September 24, 2020. Rhonda Anderson, counsel for Gateway and third-party defendants, consented on September 24, 2020. Gary Wilson, counsel for State Farm, consented on September 24, 2020. The last consent was received at 8:45 p.m. Eastern time; thus, this Joint Status Report is being filed today. Barry Boren who represents Maverick and Kebuth was unavailable due to a death in his family.

The parties are in the process of finalizing a proposed settlement, specifically drafting and negotiating written proposed settlement agreements, and obtaining governmental authority to settle. This process is complicated by the resolution of claims and cross-claims involving multiple parties. Despite the parties' efforts, October 1, 2020 may not be sufficient time to

complete the process and if not, a further extension of the stay until October 15, 2020 may be necessary and appropriate.

Respectfully Submitted,

*/s/ Mark A. Loyd*
Mark A. Loyd, Esq. - Ky. Bar 88976
Dentons Bingham Greenebaum LLP
101 South Fifth Street, Suite 3500
Louisville, KY 40202
(502) 587-3552
mark.loyd@dentons.com
Attorney for Defendant,
 Good Times USA, LLC

September 25, 2020