UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |  |
|---|---|---|
| UNITED STATES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Consol. Court No. 17-00174 |
| MAVERICK MARKETING, LLC, *ET AL*., | ) ) ) | |
| Defendants. | ) ) ) | |

**STATUS REPORT**

Pursuant to the Court's Order dated September 29, 2020, Defendant, Good Times USA, LLC, respectfully submits this Status Report on behalf of the parties.

On October 8, 2020, the undersigned requested the consent of all parties to this extension. Stephen C. Tosini, counsel for the Plaintiff, consented on October 8, 2020. T. Randolph Ferguson, counsel for AAIC, consented on October 8, 2020. Jerry Wiskin, counsel for Hanover Ins. Co., consented on October 8, 2020. Rhonda Anderson, counsel for Gateway and third-party defendants, consented on October 8, 2020. Gary Wilson, counsel for State Farm, consented on October 8, 2020. And Barry Boren consented on behalf of Maverick and Kebuth on October 8, 2020.

The parties have reached an agreement in principle and are in the process of finalizing a proposed settlement, specifically drafting and negotiating written settlement agreements, and obtaining governmental authority to settle. This process is complicated by the resolution of claims and cross-claims involving multiple parties. Despite the parties' efforts, October 15, 2020 may not be sufficient time to complete the process and if not, a further extension of the stay until November 15, 2020 may be necessary and appropriate.

Respectfully Submitted,

*/s/ Mark A. Loyd*
Mark A. Loyd, Esq. - Ky. Bar 88976
Dentons Bingham Greenebaum LLP
101 South Fifth Street, Suite 3500
Louisville, KY 40202
(502) 587-3552
mark.loyd@dentons.com
Attorney for Defendant,
 Good Times USA, LLC

October 8, 2020