UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| UNITED STATES, )<br>    Plaintiff, )<br>v. )<br>MAVERICK MARKETING, LLC, *ET AL*., )<br>    Defendants. ) | Consol. Court No. 17-00174 |

## STATUS REPORT

Pursuant to the Court's Order dated October 9, 2020, plaintiff, the United States, respectfully submits this Status Report on behalf of the parties.

November 9, 2020, the undersigned requested the consent of all parties to this status report. Mark Loyd, counsel for defendant Good Times USA, Inc.; T. Randolph Ferguson, counsel for AAIC; Jerry Wiskin, counsel for Hanover Ins. Co.; Rhonda Anderson, counsel for Gateway and third-party defendants; Gary Wilson, counsel for State Farm; and Barry Boren consented on behalf of Maverick and Kebuth all reviewed this status report and consented on that date.

The parties have reached an agreement in principle and are in the process of finalizing a proposed settlement, specifically drafting and negotiating written settlement agreements, and obtaining governmental authority to settle. This process is complicated by the resolution of claims and cross-claims involving multiple parties. Despite the parties' efforts, November 15, 2020, likely will not allow sufficient time to complete the process, and thus, a further extension of the stay until December 15, 2020, is warranted. Moreover, counsel will be conducting a

telephone conference with Senior Judge Gordon on November 10, 2020, with the hope and expectation of resolving the additional issues that remain beyond the significant issues on which the parties have agreed in principle.  Accordingly, we respectfully request that the Court extend the current stay until December 15, 2020.

        Respectfully Submitted,

        JEFFREY BOSSERT CLARK
        Acting Assistant Attorney General

        JEANNE E. DAVIDSON
        Director

        /s/  CLAUDIA BURJE
        Assistant Director

        /s/  STEPHEN C. TOSINI
        Senior Trial Counsel
        Department of Justice
        Civil Division
        Commercial Litigation Branch
        PO Box 480, Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 616-5196
        email:  stephen.tosini@usdoj.gov

November 9, 2020        Attorneys for Plaintiff