UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| UNITED STATES,            )<br>                           )<br>    Plaintiff,              )<br>                           )<br>    v.                     )<br>                           )<br>MAVERICK MARKETING, LLC, *ET AL*., )<br>                           )<br>    Defendants.            )<br>                           ) | Consol. Court No. 17-00174 |

## STATUS REPORT

Pursuant to the Court's Order dated December 9, 2020, plaintiff, the United States, respectfully submits this Status Report on behalf of the parties.

On December 15, 2020, the undersigned requested the consent of all parties to this status report. T. Randolph Ferguson, counsel for AAIC; and Gary Wilson, counsel for State Farm; Mark Loyd, counsel for defendant Good Times USA, Inc.; Jerry Wiskin, counsel for Hanover Ins. Co., and Barry Boren on behalf of Maverick and Kebuth, concur with this status report. Rhonda Anderson, counsel for Gateway and third-party defendants, had not responded as of 5:30 p.m.

Since our last report of December 8, 2020, the United States has obtained settlement approval from the deciding official. Despite the parties' efforts, December 23, 2020, likely will not allow sufficient time to complete the process of executing agreements and filing the documents envisioned by the agreements, and thus, a further extension of the stay through the holidays until January 8, 2021, is warranted.

Accordingly, we respectfully request that the Court extend the current stay until January 8, 2021. The parties intend to file a status report apprising the Court of the status of finalizing settlement on January 5, 2021, if settlement has not been reached.

        Respectfully Submitted,

        JEFFREY BOSSERT CLARK
        Acting Assistant Attorney General

        JEANNE E. DAVIDSON
        Director

        /s/  CLAUDIA BURKE
        Assistant Director

        /s/  STEPHEN C. TOSINI
        Senior Trial Counsel
        Department of Justice
        Civil Division
        Commercial Litigation Branch
        PO Box 480, Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 616-5196
        email:  stephen.tosini@usdoj.gov

December 16, 2020        Attorneys for Plaintiff