UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Consol. Court No. 17-00174 |
| MAVERICK MARKETING, LLC, *ET AL.*, | ) ) ) | |
| Defendants. | ) ) | |

## STATUS REPORT

Pursuant to the Court's Order dated January 26, 2021, plaintiff, the United States, respectfully submits this Status Report on behalf of all parties.

On February 16, 2021, the undersigned requested the consent of all parties to this status report. In response: (1) Mark Loyd, counsel for the defendant Good Times USA, Inc.; (2) T. Randolph Ferguson, counsel for AAIC; (3) Jerry Wiskin, counsel for Hanover Ins. Co.; (4) Rhonda Anderson, counsel for Gateway and third-party defendants; (5) Gary Wilson, counsel for State Farm; and (6) Barry Boren counsel for Maverick and Kebuth, all consented on February 16, 2021.

Since our last report, the parties have continued to work diligently to finalize the settlement of this matter. Settlement agreements are in agreed form between: (1) the Government and all defendants, (2) AAIC and Good Times USA; (3) Hanover and Good Times USA; (4) Hanover and Gateway & certain third-party defendants; and (5) State Farm and Good Times USA. The Government has signed all of its agreements. Furthermore, AAIC and State Farm are finalizing their agreements with Maverick, Kebuth, and certain third-party defendants.

Lastly, in *United States v. Gateway Import Mgmt., Inc.*, Ct. No 17-00232, which was severed from this consolidated case, the United States-Hanover and Hanover-Gateway/Francos agreements have been signed, stipulations of dismissal have been filed, and an order of dismissal entered dismissing the Government's claims against Hanover. The order of dismissal for the Hanover-Gateway/Francos third-party claims has been filed and is pending.

Despite the parties' efforts, February 22, 2021, likely will not allow sufficient time to complete the process of finalizing the terms of and executing agreements and filing the documents envisioned by the agreements, and thus, a further extension of the stay is warranted.

Accordingly, we respectfully request that the Court extend the current stay until March 9, 2021. The parties intend to file a status report apprising the Court of the status of finalizing settlement on March 2, 2021, if settlement has not been reached.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ CLAUDIA BURJE
Assistant Director

/s/ STEPHEN C. TOSINI
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-5196
email: stephen.tosini@usdoj.gov

February 16, 2021                           Attorneys for Plaintiff