UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| UNITED STATES, )<br>　　Plaintiff, )<br>　　v. )<br>MAVERICK MARKETING, LLC, *ET AL.*, )<br>　　Defendants. ) | Consol. Court No. 17-00174 |

**STATUS REPORT**

　　Pursuant to the Court's Order dated January 26, 2021, Defendant, Good Times USA, LLC, respectfully submits this Status Report on behalf of the parties.

　　On March 2, 2021, the undersigned requested the consent of all parties to this status report. In response: (1) Mark Loyd, counsel for the defendant Good Times USA, Inc.; (2) T. Randolph Ferguson, counsel for AAIC; (3) Gary Wilson, counsel for State Farm; and (4) Barry Boren counsel for Maverick and Kebuth, all consented on that date.

　　Since our last report of February 16, 2021, the parties have continued to work diligently to finalize the settlement of this matter. Settlement agreements have been agreed to and signed between the parties except that settlement agreements are unsigned but in agreed form between AAIC and Good Times USA and between the Government and AAIC; these agreements are ready for signature. The parties anticipate filing documents with and providing orders to the Court as required by the settlement agreements.

Despite the parties' efforts, March 9, 2021, likely will not allow sufficient time to complete the outstanding settlement agreements and filings, and thus, a further extension of the stay is warranted.

Accordingly, we respectfully request that the Court extend the current stay until March 31, 2021. The parties intend to file a status report apprising the Court of the status of finalizing settlement on March 24, 2021, if settlement has not been reached.

        Respectfully Submitted,

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        JEANNE E. DAVIDSON
        Director

        /s/  CLAUDIA BURJE
        Assistant Director

        /s/  STEPHEN C. TOSINI
        Senior Trial Counsel
        Department of Justice
        Civil Division
        Commercial Litigation Branch
        PO Box 480, Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 616-5196
        email: stephen.tosini@usdoj.gov

March 2, 2021        Attorneys for Plaintiff