UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE:
CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| UNITED STATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAVERICK MARKETING, LLC, )<br>ET AL., )<br>)<br>Defendants. )<br>) | Consol. Court No. 17-00174 |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the U.S. Court of International Trade, the parties in the above-captioned action, acting by and through their undersigned counsel, hereby stipulate and agree that this action and all cross-claims and third-party actions haves been settled through mediation ordered by this Court (see Report of Mediator, ECF #68), and that all claims against defendants Maverick Marketing, LLC, Good Times USA, LLC, Kebuth, Inc., American Alternative Insurance Company, State Farm Fire and Casualty Company, and third-party defendants Keith Thomas and Patricia Thomas are hereby dismissed with prejudice and with each party to bear its own attorney's fees and costs. This stipulation to dismiss the case is contingent upon and shall not be effective prior to the execution of this order by the Court. The terms of the Settlement Agreements by and between the various parties in this consolidated civil action and all cross-claims and third-party actions are incorporated herein by reference. Notwithstanding the above, the parties further agree and stipulate that the Court shall retain jurisdiction of this case for the sole purpose of enforcing the terms of the settlement agreements reached by and between the parties in the event of a default by

any of the parties exclusive of the sureties, American Alternative Insurance Company and State Farm Fire and Casualty Company, which have tendered unconditional lump sum payments in exchange for full and final releases of the sureties pursuant to the settlement agreements by and between the parties.

By: _____ Dated: 11 March, 2021

BARRY M. BOREN
LAW OFFICES OF BARRY M. BOREN
9100 S. Dadeland Blvd., Suite 402
Miami FL 33156
Tel.: (305) 670-2200
email barry@bboren.com

For Maverick Marketing LLC, Kebuth, Inc. and Keith and Patricia Thomas

By: _____ Dated: March 8, 2021

T. RANDOLPH FERGUSON
Sandler, Travis & Rosenberg, PA
601 Montgomery St., Suite 1208
San Francisco, CA 94111
Tel.: (415) 986-1088
Mobile: (415) 378-3374
Email: rferguson@strtrade.com

For American Alternative Insurance Company

By: *Mark Loyd* Dated: March 8, 2021
MARK ALLEN LOYD, Jr.
Denton Bingham Greenebaum LLP
101 South Fifth Street, Suite 3500
Louisville, KY 40202
Tel.: (502) 587-3552
Email: mark.loyd@dentons.com

For Good Times USA, LLC

By: *Gary A. Wilson* Dated: March 9, 2021
GARY A. WILSON
Post & Schell, P.C.
607 14th Street, NW, Suite 600
Washington, DC 20005
Tel.: (202) 661-6956
Email: gwilson@postschell.com

For State Farm Fire and Casualty Company

Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

By: /s/ Claudia Burke Dated: _____, 2021
CLAUDIA BURKE
Assistant Director
(authorized representative of the Attorney General)

By: /s/ Stephen C. Tosini Dated: _____, 2021
STEPHEN C. TOSINI
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480
Ben Franklin Station
Washington, DC 20044
Tel.: (202) 616-5196

For Plaintiff United States

*SO ORDERED:*

_____
CLAIRE R. KELLY, JUDGE

Dated:_____
       New York, NY